UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL WORTHY,<br><br>            Petitioner,<br><br>   v.<br><br>ISRAEL JACQUEZ, *et al.*,<br><br>            Respondents. | Case No. C19-783 JLR-MLP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Petitioner's amended petition for writ of habeas corpus, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, Petitioner's objections thereto (Dkt. # 7), and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's federal habeas petition (Dkt. # 1) is DENIED, and this action is DISMISSED with prejudice.

//

//

//

ORDER OF DISMISSAL - 1

1     (3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Peterson.

Dated this 15th day of July, 2019.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2